Tom R. Grimmett, Trustee
2275 Corporate Circle, Suite 120
Henderson, Nevada 89074
Phone: (702) 740-4152
Fax:  (702) 795-4479

RECEIVED & FILED

AUG 27  9 13 AM '09

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

## UNITED STATES BANKRUPTCY COURT
## IN AND FOR THE DISTRICT OF NEVADA

In re:                               )     Case No. 02-13815 MKN
                                     )     In Proceedings Under Chapter 7
CASINO AUTO SPA, INC.                )
                                     )
                                     )     NOTICE OF UNCLAIMED FUNDS
            Debtor(s).               )
_____)

   Pursuant to Rules 3010 and 3011 of the Bankruptcy Rules, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court. These funds can be withdrawn as provided in Chapter 129, Title 28 2042.

| CLAIM # | CLAIMANT & ADDRESS | CAS 106000 | CAS 613300 |
|---|---|---|---|
| 13 | Rhonda Kay Stump<br>2050 Magic Way #44<br>Henderson, NV 89015 | | $ 147.50 |
| 14 | Howard Hargett<br>5666 Chloride Ct.<br>Las Vegas, NV 89110 | | $ 152.89 |
| 15 | Octavio Leonor<br>5160 Tamarus St. #12<br>Las Vegas, NV 89119 | | $ 223.11 |
| 16 | Joe Fontanez<br>4801 East Sahara #263<br>Las Vegas, NV 89104 | | $ 126.89 |
| 20 | Vernon Craig Johnson<br>330 S. 7th #311<br>Las Vegas, NV 89101 | | $ 171.28 |

# 192293

$ 2471.80

| CLAIM # | CLAIMANT & ADDRESS | CAS 106000 | CAS 613300 |
|---|---|---|---|
| 21 | Michael Mullen<br>6012 Bromley Ave. #7<br>Las Vegas, NV 89107 | | $ 76.84 |
| 22 | Darren W. Martin, Sr.<br>5600 S. Boulder Hwy.<br>Bldg. T #1591<br>Las Vegas, NV 89122 | | $ 265.05 |
| 23 | Donald Hartleb<br>5600 S. Boulder Hwy.<br>Bldg. T #1591<br>Las Vegas, NV 89122 | | $ 185.67 |
| 24 | Ashley Dowd<br>91 Oklahoma Drive<br>Henderson, NV 89015 | | $ 231.47 |
| 26 | Yazimin Gonzalez-Hdez<br>110 E. Bonanza #4<br>Las Vegas, NV 89101 | | $ 141.02 |
| 27 | Jose A. Capeda<br>140 Albert Ave. #17<br>Las Vegas, NV | | $ 199.48 |
| 28 | Mauricio Martinez-Salgado<br>110 G Bonanza #4<br>Las Vegas, NV | | $ 155.83 |
| 34 | Feng Shui Consulting, Inc.<br>3809 S. West Temple, Ste. 1D<br>Salt Lake City, UT 84115 | | $ 394.77 |
| TOTAL | | | $2,471.80 |

DATE: 8/25/2009

TOM R. GRIMMETT, TRUSTEE

NOTE: Claims that are $25.00 or less go into CAS 10600. Claims that are more than $25.00 go into CAS 613300. The amounts that are to be deposited into the registry can be written on check only.